Civil Action No. 6:13-cv-1027

## STIPULATION DISCONTINUING ACTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LOUISE MEDALLIS,

          Plaintiff,

-against-

JODY WHEET, Individually and as a Police Officer for the Village of Herkimer, New York; VILLAGE OF HERKIMER POLICE DEPARTMENT; and VILLAGE OF HERKIMER, NEW YORK,

          Defendants.

SO ORDERED:
DAVID N. HURD
United States District Judge
Dated: 7/16/14 Utica, NY

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 27, 2014

By: Ricardo Mauro, Esq.
Bar Roll No.: 507159
Attorney for Plaintiff
335 Bleecker Street, P.O. Box 336
Utica, New York 13503

MURPHY, BURNS, BARBER & MURPHY, LLP

By: Thomas K. Murphy, Esq.
Bar Roll No.: 505306
Attorneys for Defendants
226 Great Oaks Boulevard
Albany, New York 12203